1  Law Offices of
   DENA MARIE YOUNG
2  State Bar Number 215344
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 528-9479
   Fax: (707) 692-5314
5  E-Mail: dmyounglaw@gmail.com

6  Attorney for Defendant
   SHANTELL LATRICE DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-15-00266-HSG |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. ) | |
| SHANTELL LATRICE DANIELS, ) | |
| Defendant. ) | |

Shantell Latrice Daniels is currently on pre-trial release, pending resolution or trial in the above-entitled case. As the court is aware, Ms. Daniels is now living in Las Vegas, NV after a period of homelessness in California. Among Ms. Daniels' conditions are that she seek and maintain gainful employment, and that she comply with a curfew which requires her to be in her home between 8:00 pm and 6:00 am.

Ms. Daniels has recently secured employment in the warehouse of a company called World Pack in Las Vegas, NV. The shift for which she was hired runs from 3:00 pm to 11:00pm. This schedule would require a modification of her curfew to 12:00 am to 6:00 am in order to accommodate her work schedule.

1     Upon the request of Ms. Daniels, by and through her counsel of record, Dena Marie
2 Young, and upon agreement of the United States and Pre-Trial Services, and good cause
3 appearing because defendant needs to work in order to better herself and to comply with her
4 pre-trial release conditions, defendant's curfew shall be modified to 12:00am to 6:00 am in
5 order to accommodate the hours of her employment .
6     Defendant shall keep Pretrial Services informed of any changes in her employment
7 schedule.
8     ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO
9 REMAIN UNCHANGED.
10     SO STIPULATED.
11     Dated: September 20, 2017

/s/
DENA MARIE YOUNG

Attorney for Defendant
SHANTELL LATRICE DANIELS

IT IS SO STIPULATED.

Dated: September 20, 2017

/s/
GARTH HIRE
Assistant United States Attorney

1 [PROPOSED] ORDER

GOOD CAUSE APPEARING,

Defendant's curfew shall be modified to 12:00 am to 6:00 am in order to accommodate the hours of her employment. Defendant shall keep Pretrial Services informed of any changes in her employment schedule.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated: 9/20/17

HON. KANDIS A. WESTMORE
United States Magistrate Judge
Northern District of California